| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Falk, Mark | 2. Court or Organization United States District Court - New Jersey | 3. Date of Report 08/08/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge-Full-time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States Magistrate Judge, District of New Jersey
United States Post Office & Courthouse
One Federal Square, Rm 457
Newark, New Jersey 07101-0999

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor | Estate #1 |
| 2. | Trustee | Trust #1 |
| 3. | Co-Trustee | Living Trust 2 |
| 4. | Co-Trustee | GST Trust #4 |
| 5. | Co-Trustee | GST Trust #5 |
| 6. | Vice President | Federal Magistrate Judges Association |
| 7. | President-Elect | Federal Magistrate Judges Association |
| 8. | Adjunct Professor | Rugters School of Law |
| 9. | Adjunct Professor | Fordham Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 08/08/2019 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Fordham Law School-teaching | $2,500.00 |
| 2. 2018 | Rutgers Law School-teaching | $1,710.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed (court stenography) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 09/24/18 - 09/26/18 | Washington, DC | Executive Board Meetings | Transportation, Lodging |
| 2. | Federal Magistrate Judges Association | 03/19/18 - 03/21/18 | Washington, DC | Executive Board Meetings | Transportation, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 08/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. Fidelity Ginnie Mae Fund | A | Dividend | J | T | | | | | |
| 3. Fidelity N.J. Muni Money Market Fund | A | Dividend | K | T | | | | | |
| 4. Fidelity Floating Rate | A | Dividend | J | T | | | | | |
| 5. Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. -MS U.S. Govt. Securities Trust B | B | Int./Div. | L | T | | | | | |
| 8. IRA #2 (H) | | | | | | | | | |
| 9. -Rydex Invers. Govt Long Bond | A | Interest | J | T | | | | | |
| 10. -Vanguard Short Term Investors | A | Dividend | K | T | | | | | |
| 11. -Vanguard Fixed Income High Yield | B | Dividend | K | T | | | | | |
| 12. -Vanguard Div. App. Index | B | Dividend | K | T | | | | | |
| 13. -Vanguard Value Index | A | Dividend | K | T | | | | | |
| 14. -Ishares Russell Midcap Value Index | A | Dividend | K | T | | | | | |
| 15. -Ishares Russell 1000 Value Index | A | Dividend | K | T | | | | | |
| 16. -Fidelity Convertible Securities Fund | B | Dividend | K | T | | | | | |
| 17. -Nasdaq 100 Trust Unit Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Overseas Mutual Fund | A | Dividend | K | T | | | | | |
| 19. -Fidelity Puritan Mutual Fund | A | Dividend | J | T | | | | | |
| 20. -Fidelity Blue Chip Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 21. -Fidelity Cash Reserves | C | Interest | N | T | | | | | |
| 22. -Fidelity US Bond Index | A | Dividend | K | T | | | | | |
| 23. -Fidelity Ext. MKT Index Premium Class | A | Dividend | J | T | | | | | |
| 24. -Fidelity Intl. Index Premium Class | A | Dividend | K | T | | | | | |
| 25. -Fidelity Intl. Treasury Bond Index | A | Dividend | J | T | | | | | |
| 26. -Fidelity 500 Index Premium Class | A | Dividend | J | T | | | | | |
| 27. -Vanguard Inflaction Protected SECs | A | Dividend | K | T | | | | | |
| 28. -Vanguard Small Cap Value Index | A | Dividend | K | T | | | | | |
| 29. -Fidelity Magellan Mutual Fund | A | Dividend | J | T | | | | | |
| 30. -Fidelity Ginnie Mae Fund | A | Dividend | J | T | | | | | |
| 31. -Fidelity Growth & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 32. -Fidelity Intermediate Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 33. -Fidelity Govt. Money Market* | A | Interest | J | T | | | | | |
| 34. -Fidelity Short Term Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Wellesley Inc. | A | Dividend | K | T | | | | | |
| 36. -Doubleline Bond Fund | B | Dividend | K | T | | | | | |
| 37. -Ishares Silver | A | Interest | J | T | | | | | |
| 38. -Ishares China ETF | A | Dividend | K | T | | | | | |
| 39. -Pro Shares Short Dow | A | Dividend | K | T | | | | | |
| 40. -Pro Shares Ultrashort SC600 | A | Dividend | J | T | | | | | |
| 41. -Pro Shares Ultra Short Cap | A | Dividend | J | T | | | | | |
| 42. -Pro Shares SHort S&P 500 | A | Dividend | K | T | | | | | |
| 43. -Pro Shares Short QQQ | A | Dividend | J | T | | | | | |
| 44. -Fidelity Floating Rate High Income | C | Dividend | L | T | | | | | |
| 45. IRA #3 (H) | | | | | | | | | |
| 46. -Vanguard Total Stock Market Index Mutual Fund | B | Dividend | M | T | Sold (part) | 02/09/18 | K | B | |
| 47. | | | | | Sold (part) | 02/13/18 | K | B | |
| 48. | | | | | Sold (part) | 02/09/18 | J | A | |
| 49. | | | | | Buy | 02/13/18 | K | | |
| 50. Alcoa Common Stock | A | Dividend | J | T | | | | | |
| 51. Coca Cola Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Brokerage Account #1 (H) | | | | | | | | | |
| 53. -Morgan Stanley Tax Free Daily Income Trust | A | Interest | J | T | | | | | |
| 54. -Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 55. -PIMCO Short Term P | B | Dividend | L | T | Buy | 04/10/18 | J | | |
| 56. -Western Ast Int Term Muni I | C | Dividend | L | T | Buy | 04/10/18 | J | | |
| 57. | | | | | Sold (part) | 09/28/18 | L | B | |
| 58. -Wells Fargo St Muni Bd INS | B | Dividend | L | T | | | | | |
| 59. -SPDR Nuveen Barclays Mun ETF | A | Dividend | K | T | Buy | 04/10/18 | J | | |
| 60. -SPDR Nuveen Barclays Short ETF | A | Dividend | K | T | | | | | |
| 61. -ISHARES Russell 1000 GRW ETF | A | Dividend | J | T | | | | | |
| 62. -Deutsche X-Trackers MSCI EAF | A | Dividend | | | | | | | |
| 63. -E V Income Fund of Boston I | B | Dividend | K | T | | | | | |
| 64. -Cambiar INTL Equity INV | A | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 65. | | | | | Sold (part) | 06/15/18 | J | A | |
| 66. -ISHARES Russell 1000 Value ETF | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 67. -PIMCO Foreign BD US $ Hedged P | A | Dividend | J | T | Sold (part) | 04/06/18 | J | A | |
| 68. -Wells Fargo Emerg Mrk EQ Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Delaware Value INSTL | A | Dividend | J | T | | | | | |
| 70. -ISHARES RUSSELL 2000 Growth ETF | A | Dividend | | | | | | | |
| 71. -Wells Fargo Special MDCP VL AD | A | Dividend | J | T | | | | | |
| 72. -Hartford Midcap I | A | Dividend | J | T | Sold<br>(part) | 04/10/18 | J | A | |
| 73. -ISHARES RUSSELL Midcap V ETF | A | Dividend | | | | | | | |
| 74. -ISHARES RUSSELL Midcap G ETF | A | Dividend | | | | | | | |
| 75. -Delware Inv Sm Cap Val INST | A | Dividend | J | T | Sold<br>(part) | 06/15/18 | J | A | |
| 76. -Edgewood Growth Instl | A | Dividend | J | T | Sold<br>(part) | 06/19/18 | J | A | |
| 77. -Harding Loevner Intl EQTY INSTL | A | Dividend | J | T | Sold<br>(part) | 04/10/18 | J | A | |
| 78. -T. Rowe Price QM US | A | Dividend | J | T | Sold<br>(part) | 04/06/18 | J | A | |
| 79. | | | | | Buy | 06/19/18 | J | | |
| 80. -Wisdom Tree Jap | A | Dividend | J | T | Sold<br>(part) | 01/12/18 | J | A | |
| 81. -ISHARES MSCI Japan ( ) | A | Dividend | J | T | | | | | |
| 82. -Goldman Sachs Emeg | A | Dividend | J | T | Sold<br>(part) | 04/06/18 | J | A | |
| 83. -Loomis Growth Y | A | Dividend | J | T | | | | | |
| 84. -Oakmark International | A | Dividend | J | T | Sold<br>(part) | 04/10/18 | J | A | |
| 85. | | | | | Sold<br>(part) | 12/31/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 06/15/18 | J | | |
| 87. -Matthews Asian Japan | A | Dividend | J | T | | | | | |
| 88. -Blackrock Nat Mun (H) | A | Int./Div. | L | T | Buy | 09/28/18 | L | | |
| 89. IRA #4-Nassau Re* | A | Int./Div. | J | T | | | | | |
| 90. -Virtus Capital Growth | A | Int./Div. | J | T | | | | | |
| 91. -Virtus Strat Alloc | A | Int./Div. | J | T | | | | | |
| 92. -Virtus International | A | Int./Div. | J | T | | | | | |
| 93. -Wanger USA | A | Int./Div. | J | T | | | | | |
| 94. -Wagner International | A | Int./Div. | J | T | | | | | |
| 95. -Federated Prime Money Market | A | Int./Div. | J | T | | | | | |
| 96. SEP Account 1 (H) | | | | | | | | | |
| 97. -Vanguard Total Stock Market Index Mutual Fund | E | Dividend | O | T | Sold (part) | 05/24/18 | N | B | |
| 98. -Vanguard Prime Money Market Fund | C | Interest | N | T | Buy | 05/24/18 | N | | |
| 99. | | | | | Buy | 01/17/18 | J | | |
| 100. Wells Fargo Cash Account 1 | B | Interest | L | T | | | | | |
| 101. Wells Fargo Cash Account 2 | B | Interest | N | T | | | | | |
| 102. Wells Fargo Cash Account 3 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bank of America Cash Account 1 | A | Interest | J | T | | | | | |
| 104. Amboy Bank Cash Account | A | Interest | J | T | | | | | |
| 105. Investment Account #2 (H) | | | | | | | | | |
| 106. –Fidelity NJ Muni Money Market | A | Dividend | J | T | | | | | |
| 107. –Fidelity Floating Rate | A | Dividend | J | T | | | | | |
| 108. –Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 109. –Fidelity Cash Reserve | A | Dividend | K | T | | | | | |
| 110. –Fidelity Convertible Securities | B | Dividend | K | T | | | | | |
| 111. –IShares Core S&PETF | | | | | Buy | 11/28/18 | M | | |
| 112. | | | | | Sold | 12/20/18 | M | A | |
| 113. Bank of America Cash Account 2 | A | Interest | J | T | | | | | |
| 114. Bank of America Cash Account 3 | A | Interest | J | T | | | | | |
| 115. Bank of America Cash Account 4 | B | Interest | L | T | | | | | |
| 116. Santander Cash Account | A | Interest | J | T | | | | | |
| 117. Investment Account #3 (H) | | | | | | | | | |
| 118. –Vanguard Growth & Income | B | Dividend | K | T | | | | | |
| 119. –Vanguard Healthcare | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard Inter-Tax Exempt | A | Dividend | J | T | | | | | |
| 121. -Vanguard Prime Mkt Fund | B | Dividend | M | T | | | | | |
| 122. -Vanguard Total Stk Mk. | A | Dividend | J | T | | | | | |
| 123. -Vanguard 500 Index | B | Dividend | K | T | | | | | |
| 124. Investment Account #4 (H) | | | | | | | | | |
| 125. -Charles Schwab Money Market | B | Interest | L | T | | | | | |
| 126. -Fidelity NY Muni Income | A | Dividend | K | T | | | | | |
| 127. -Charles Schwab US Ri | A | Dividend | J | T | | | | | |
| 128. -Powershares S&P | A | Dividend | J | T | | | | | |
| 129. -Schwab International | A | Dividend | J | T | | | | | |
| 130. Investment Account #5 (H) | | | | | | | | | |
| 131. -Charles Schwab Money Market | A | Interest | L | T | | | | | |
| 132. -Osterweis Strategic | A | Dividend | J | T | | | | | |
| 133. -Eastman Chemical | A | Dividend | J | T | | | | | |
| 134. -USAA Tax Exempt | A | Dividend | J | T | | | | | |
| 135. Trust #4 (H) | | | | | | | | | |
| 136. -Morgan Stanley | B | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -America Fund C | A | Dividend | K | T | Buy | 05/31/18 | L | | |
| 138. -American Fundamental Inve | B | Dividend | K | T | Buy | 05/31/18 | L | | |
| 139. -American Cap Inc Builder C | B | Dividend | L | T | Buy | 05/31/18 | L | | |
| 140. -American AmCap C | A | Dividend | J | T | Buy | 05/31/18 | K | | |
| 141. -Blackrock Strat Inc Opp C | B | Dividend | J | T | Buy | 05/31/18 | L | | |
| 142. -Chase Checking (X) | A | Interest | J | T | | | | | |
| 143. Estate #1 (H) | | | | | | | | | |
| 144. -Chase Checking (X) | A | Interest | J | T | | | | | |
| 145. Trust #5 (H) | | | | | | | | | |
| 146. -Chase Checking | A | Interest | L | T | | | | | |
| 147. -Chase Savings | A | Interest | K | T | | | | | |
| 148. Relative Power of Attorney (H) | | | | | | | | | |
| 149. -Chase Checking | | | | | Closed | 12/08/18 | K | | |
| 150. -ISHARES RUSSELL 2000 Value ETF | A | Dividend | J | T | Open | 06/28/18 | J | | |
| 151. -Investors Bank | B | Interest | L | T | Open | 06/28/18 | L | | |
| 152. -M&T Cash Acc | A | Interest | J | T | Open | 05/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 08/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*This was reported as Phoenix last year.  Though no changes, it was reported as "Nassau Re" apparently a name change, with no change by investor.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mark Falk**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544